IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01943-WYD-MJW

EMILY GALLEGOS,

    Plaintiff,

v.

J.C. CHRISTENSEN & ASSOCIATES, INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal with Prejudice (ECF No. 9) filed August 27, 2014, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

Dated:  August 28, 2014.

                                    BY THE COURT:

                                    /s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE